**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MARK J. SULLIVAN,**<br>Plaintiff,<br>-v-<br>**NEW YORK CITY DEPARTMENT OF EDUCATION and BINONG XU,**<br>Defendants. | **24-cv-3251 (LJL)**<br>**NOTICE OF APPEAL**<br>(Civil Case) |

NOTICE IS HEREBY GIVEN that Plaintiff Mark J. Sullivan, proceeding pro se, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered August 7, 2026 (ECF No. 82), and the Clerk's Judgment entered August 13, 2026 (ECF No. 86), together with all orders and rulings that merge into that judgment.

Dated: ~~September 3, 2026~~ Sept. 8, 2026 MJS

Respectfully submitted,

[signature]

Mark J. Sullivan, Plaintiff Pro Se
1053 64th Street, Apt. 4C
Brooklyn, New York 11219
Tel.: 917-667-7903
Email: hello@markjosephsullivan.com

CLOSED,APPEAL,ECF,PRO−SE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:24−cv−03251−LJL

Sullivan v. Banks et al
Assigned to: Judge Lewis J. Liman
Cause: 42:1983 Civil Rights Act

Date Filed: 04/25/2024
Date Terminated: 08/13/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mark J. Sullivan** represented by **Mark J. Sullivan**
1053 64th Street
C4
Brooklyn, NY 11219
(917) 667−7903
PRO SE

V.

**Defendant**

**Chancellor David C. Banks**
*of the New York City Department of Education*
*TERMINATED: 03/26/2025*

represented by **Lauren Michelle Howland**
New York Law Department
General Litigation
100 Church Street
2nd Floor
New York, NY 10007
332−323−7633
Email: lhowland@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chancellor Lester W. Young, Jr.**
*New York State Education Department Board of Regents*
*TERMINATED: 02/05/2025*

**Defendant**

**Binong Xu**
*Custodial Parent*

represented by **Michael Schaper**
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
212−909−6000
Fax: 212−909−6836
Email: mschaper@debevoise.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**New York City Department of Education**

represented by **Lauren Michelle Howland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 04/25/2024 | 1 | COMPLAINT against David C. Banks, Binong Xu, Lester W. Young, Jr. Document filed by Mark J. Sullivan. (sac) (Entered: 04/29/2024) |
| 04/25/2024 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Mark J. Sullivan. (sac) (Entered: 04/29/2024) |
| 04/25/2024 | | Case Designated ECF. (sac) (Entered: 04/29/2024) |
| 04/29/2024 | 3 | STANDING ORDER M10−468: To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the court's website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the courts electronic docket. A notice directing the partys attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. SO ORDERED. (Signed by Chief Judge Laura Taylor Swain on 3/18/2024) (sac) (Entered: 04/29/2024) |
| 04/30/2024 | | MAILING RECEIPT: Document No: 3. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (vn) (Entered: 04/30/2024) |
| 05/02/2024 | 4 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Laura Taylor Swain on 5/2/2024) (sha) (Entered: 05/02/2024) |
| 05/03/2024 | | MAILING RECEIPT: Document No: 4. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (nb) (Entered: 05/03/2024) |
| 06/02/2024 | | NOTICE OF CASE REASSIGNMENT − SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 06/02/2024) |
| 10/08/2024 | 5 | ORDER OF DISMISSAL WITH LEAVE TO REPLEAD: The Court dismisses the action for failure to state a claim on which relief may be granted and because it seeks monetary relief against a defendant who is immune from such relief. See 28 U.S.C. § 1915(e)(2) (B)(ii)−(iii), with 30 days leave to file an amended complaint. The Court declines to exercise its supplemental jurisdiction of any state law claims Plaintiff may be asserting. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444−45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). The Clerk of Court is directed to keep this case open until directed to enter judgment in this action. SO ORDERED. (Signed by Judge Laura Taylor Swain on 10/8/2024) (sgz) (Entered: 10/11/2024) |
| 10/15/2024 | | MAILING RECEIPT: Document No: 5. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (ak) (Entered: 10/15/2024) |
| 10/25/2024 | 6 | MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT. Document filed by Mark J. Sullivan..(jjc) (Entered: 10/31/2024) |
| 11/04/2024 | 7 | ORDER granting 6 Letter Motion for Extension of Time to Amend. By order dated October 8, 2024, the Court granted Plaintiff 30 days to file an amended complaint. By letter dated October 25, 2024, Plaintiff requested an extension of time to file an amended pleading because he did not receive the Court's order until October 19, 2024. |

| | | |
|---|---|---|
| | | The Court grants Plaintiff's request for an extension of time. Plaintiff's amended complaint is due 30 days from the date of this order. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444−45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Signed by Chief Judge Laura Taylor Swain on 11/4/2024) (tg) (Entered: 11/04/2024) |
| 11/04/2024 | 8 | EMERGENCY MOTION for Provisional Extension of Time Pending Ruling on Plaintiff's Motion for Extension of Time. Document filed by Mark J. Sullivan..(tro) (Entered: 11/07/2024) |
| 11/06/2024 | | MAILING RECEIPT: Document No: 7. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (Entered: 11/06/2024) |
| 11/08/2024 | 9 | ORDER terminating 8 Motion for Extension of Time. The Court directs the Clerk of Court to terminate the emergency motion seeking an extension of time to file an amended complaint (ECF 8) because the Court already granted Plaintiff an extension of time on November 4, 2024. Plaintiff must submit his amended within 30 days of the November 4, 2024 order. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444−45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. (Signed by Judge Laura Taylor Swain on 11/8/2024) (vfr) (Entered: 11/18/2024) |
| 11/19/2024 | | MAILING RECEIPT: Document No: 9. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (Entered: 11/19/2024) |
| 12/02/2024 | 10 | MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND FOR APPOINTMENT OF COUNSEL. Document filed by Mark J. Sullivan.(rro) (Entered: 12/04/2024) |
| 12/05/2024 | 11 | ORDER granting in part and denying in part 10 Motion for Extension of Time. The Court grants Plaintiff's request for additional time to file his amended complaint. The amended complaint is due 30 days from the date of this order. The Court denies Plaintiffs motion for the appointment of counsel. (ECF 10.) The Clerk of Court is directed to terminate the motion. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444−45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). A flyer for the Pro Se Law Clinic is attached to this order. SO ORDERED. (Signed by Judge Laura Taylor Swain on 12/5/24) (yv) (Entered: 12/09/2024) |
| 12/10/2024 | | MAILING RECEIPT: Document No: 11. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (ak) (Entered: 12/10/2024) |
| 01/02/2025 | 12 | PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND APPOINTMENT OF COUNSEL. Document filed by Mark J. Sullivan. (ar) (Entered: 01/06/2025) |
| 01/06/2025 | 13 | ORDER denying 12 Motion to Appoint Counsel ; granting 12 Motion for Extension of Time to Amend. The Court grants Plaintiffs request for additional time to file his amended complaint. (ECF 12.) He must file his complaint by February 7, 2025. If Plaintiff does not file his amended complaint by this date, the Court will direct the Clerk of Court to enter a civil judgment in this action. No further extensions will be granted in this case. The Court denies Plaintiffs request for the appointment of counsel. (ECF 12.) Plaintiff may seek the assistance of the Pro Se Law clinic in this matter. The Court attaches a flyer to this order for Plaintiffs convenience. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444−45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. ( Amended Pleadings due by 2/7/2025.) (Signed by Judge Laura Taylor Swain on 1/6/2025) (jjc) (Entered: 01/08/2025) |

| | | |
|---|---|---|
| 01/10/2025 | | MAILING RECEIPT: Document No: 13. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (ak) (Entered: 01/10/2025) |
| 02/05/2025 | 14 | MOTION for Preliminary Injunction. Document filed by Mark J. Sullivan..(kgo) (Entered: 02/05/2025) |
| 02/05/2025 | 15 | AMENDED COMPLAINT amending 1 Complaint against David C. Banks, Binong Xu, New York City Department of Education with JURY DEMAND.Document filed by Mark J. Sullivan. Related document: 1 Complaint..(kgo) (Entered: 02/05/2025) |
| 03/25/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Lewis J. Liman. Judge Laura Taylor Swain is no longer assigned to the case. (vba) (Entered: 03/25/2025) |
| 03/25/2025 | | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vba) (Entered: 03/25/2025) |
| 03/26/2025 | 17 | ORDER OF SERVICE: The Court treats Plaintiff's claims against Chancellor Aviles−Ramos and former Chancellor Banks, sued in their official capacities, as claims against the DOE. See Kentucky v. Graham, 473 U.S. 159, 166 (1985) The Court dismisses from this action Aviles−Ramos and Banks and directs the Clerk of Court to terminate these two defendants. The Clerk of Court is instructed to issue a summons for the New York City Department of Education, complete the USM−285 form with the address for this defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is directed to mail an information package to Plaintiff. SO ORDERED. (Signed by Judge Lewis J. Liman on 3/26/2025) David C. Banks (of the New York City Department of Education) terminated. (ks) Transmission to Pro Se Assistants for processing. (Entered: 03/26/2025) |
| 03/27/2025 | | MAILING RECEIPT: Document No: 17. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (anc) (Entered: 03/27/2025) |
| 03/28/2025 | 18 | SUMMONS ISSUED as to New York City Department of Education. (nb) (Entered: 03/28/2025) |
| 03/28/2025 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 3/28/2025 Re: Judge Lewis J. Liman 17 Order of Service, Add and Terminate Parties. The following document(s) were enclosed in the Service Package: Amended Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)New York City Department of Education. (nb) (Entered: 03/28/2025) |
| 03/28/2025 | 19 | INFORMATION PACKAGE MAILED to Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219, at, on 3/28/2025 Re: 17 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases), (nb) (Entered: 03/28/2025) |
| 04/07/2025 | 20 | MOTION FOR APPOINTMENT OF COUNSEL UNDER 28 U.S.C. 1915(e)(1). Document filed by Mark J. Sullivan. (jjc) (Entered: 04/09/2025) |
| 04/07/2025 | 21 | NOTICE OF SERVICE ADDRESS FOR DEFENDANT BINONG XU. Document filed by Mark J. Sullivan. (jjc) (Entered: 04/09/2025) |
| 04/07/2025 | 22 | LETTER addressed to Judge Lewis J. Liman from Mark J. Sullivan dated 4/7/2025 re: NOTICE OF SUPPLEMENTAL INFORMATION. Document filed by Mark J. Sullivan. (jjc) (Entered: 04/09/2025) |

| | | |
|---|---|---|
| 04/16/2025 | 23 | ORDER OF SERVICE: Plaintiff, who is appearing pro se, brings this action alleging that Defendants denied him access to his child's school records when she was a minor. On March 26, 2025, the Court directed service on the Department of Education, and directed Plaintiff to provide a service address for Defendant Binong Xu, the mother of his child, so that she may be properly served. See Dkt. No. 17. Plaintiff complied, see Dkt. No. 21. The Court accordingly directs service on Xu. Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process... in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). To allow Plaintiff to effect service on Defendant Xu through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM−285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant of the summons and a copy of the Amended Complaint at Dkt. No. 15, at the following address: Binong Xu 42 Chestnut Tree Hill Road Oxford, CT 06478 If the Amended Complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). SO ORDERED. (Signed by Judge Lewis J. Liman on 4/16/2025) (ks) Transmission to Pro Se Assistants for processing. (Entered: 04/16/2025) |
| 04/18/2025 | 24 | SUMMONS ISSUED as to Binong Xu. (nb) (Entered: 04/18/2025) |
| 04/18/2025 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 4/18/2025 Re: Judge Lewis J. Liman 23 Order of Service. The following document(s) were enclosed in the Service Package: Amended Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)Binong Xu. (nb) Modified on 4/18/2025 (nb). (Entered: 04/18/2025) |
| 04/18/2025 | | MAILING RECEIPT: Document No: 23. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (nb) (Entered: 04/18/2025) |
| 05/13/2025 | 25 | NOTICE OF RELATED FEDERAL PROCEEDINGS AND APPELLATE RECORD. Document filed by Mark J. Sullivan. (ar) (Entered: 05/15/2025) |
| 06/20/2025 | 26 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Amended Complaint served. New York City Department of Education served on 6/11/2025, answer due 7/2/2025. Service was made by Mail, Email. Document filed by Mark J. Sullivan. (jjc) (Entered: 06/23/2025) |
| 06/26/2025 | 27 | FIRST LETTER MOTION for Extension of Time to File Answer *on Consent of Plaintiff* addressed to Judge Lewis J. Liman from Lauren Howland dated 6/26/25. Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 06/26/2025) |
| 06/27/2025 | 28 | ORDER granting 27 Letter Motion for Extension of Time to Answer All Defendants (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 06/27/2025) |
| 06/27/2025 | 29 | LETTER addressed to Judge Lewis J. Liman from Mark Joseph Sullivan dated 6/23/2025 re: Ex Parte Status Update and Renewed Request for Appointment of Counsel. Document filed by Mark J. Sullivan.(ar) (Entered: 06/30/2025) |
| 06/30/2025 | | MAILING RECEIPT: Document No: 28. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (mjy) (Entered: 06/30/2025) |
| 07/02/2025 | 30 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE UNEXECUTED as to Binong Xu. Attempted Service of Summons and Amended Complaint. Service was attempted on 6/16/2025. Document filed by Mark J. Sullivan. (jjc) (Entered: 07/08/2025) |
| 07/08/2025 | 32 | LETTER addressed to Judge Lewis J. Liman from Mark J. Sullivan dated July 8, 2025 re: Request for Ruling on Pending Motion for Appointment of Counsel. Document filed by Mark J. Sullivan.(jca) (Entered: 07/09/2025) |

| | | |
|---|---|---|
| 07/09/2025 | 31 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 7/28/2025 at 02:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman. As further set forth in this Order. Pro se parties should be advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. SO ORDERED (Signed by Judge Lewis J. Liman on 7/9/2025) (ks) (Entered: 07/09/2025) |
| 07/10/2025 | | MAILING RECEIPT: Document No: 31. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (kgo) (Entered: 07/10/2025) |
| 07/21/2025 | 33 | FIRST LETTER MOTION to Adjourn Conference addressed to Judge Lewis J. Liman from Lauren Howland dated 7/18/25. Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 07/21/2025) |
| 07/21/2025 | 34 | LETTER addressed to Judge Lewis J. Liman from Mark Joseph Sullivan dated 7/21/2025 re: Doe Procedural Obstruction Note. Document filed by Mark J. Sullivan.(vn) (Entered: 07/24/2025) |
| 07/21/2025 | 35 | LETTER addressed to Judge Lewis J. Liman from Mark Joseph Sullivan dated 7/21/2025 re: Cover Sheet For July 21, 2025 Filing. Document filed by Mark J. Sullivan.(vn) (Entered: 07/24/2025) |
| 07/21/2025 | 36 | LETTER addressed to Judge Lewis J. Liman from Mark Joseph Sullivan dated 7/21/2025 re: Plaintiff's Response to July 9, 2025 Order−Request for Counsel, Record Recovery, and Clinical Oversight. Document filed by Mark J. Sullivan.(vn) (Entered: 07/24/2025) |
| 07/21/2025 | 37 | DECLARATION of Context for Appointment of Counsel. Document filed by Mark J. Sullivan. (vn) (Entered: 07/24/2025) |
| 07/25/2025 | 38 | ORDER denying 33 Letter Motion to Adjourn Conference. The New York City Department of Department of Education ("Defendant") has requested an adjournment sine die of the initial pretrial conference scheduled for Monday, July 28, 2025, as well as relief from the requirement of filing a proposed case management plan and scheduling order, in anticipation of a dispositive motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 33. The request for an adjournment is denied. The request for relief from the requirement of a jointly filed case management plan is granted. The Court will address Plaintiff's request for counsel at the conference, which will take place as scheduled, in−person at 2 p.m. on July 28, 2025, in Courtroom 15C, 500 Pearl Street, New York, NY 10007. Defendant should be prepared to discuss in detail the basis for its anticipated motion to dismiss. Defendant is also ordered to serve a copy of this Order on Plaintiff by electronic means to ensure that Plaintiff receives the Order in advance of the conference. The Clerk of Court is respectfully directed to close Dkt. No. 33, and mail a copy of this Order to Plaintiff. SO ORDERED.. (Signed by Judge Lewis J. Liman on 7/25/2025) (ks) (Entered: 07/25/2025) |
| 07/28/2025 | | MAILING RECEIPT: Document No: 38. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (kma) (Entered: 07/28/2025) |
| 07/28/2025 | 39 | ORDER denying without prejudice to renewal 20 Application for the Court to Request Counsel. For the reasons set forth on the record during the initial pretrial conference held on July 28, 2025, the Court denies without prejudice to renew Plaintiff's motion for the appointment of counsel at Dkt. No. 20. Plaintiff has until August 4, 2025 to file a Second Amended Complaint. The New York City Department of Department of Education ("Defendant") has until September 4, 2025 to answer or otherwise respond to the operative complaint. Plaintiff will then have until October 6, 2025 to respond in opposition to any motion by Defendant, and Defendant may reply by October 13, 2025. The Clerk of Court is respectfully directed to close Dkt. No. 20, and mail a copy of this Order to Plaintiff. SO ORDERED. (Signed by Judge Lewis J. Liman on 7/28/2025) (mml) (Entered: 07/29/2025) |
| 07/28/2025 | | Set/Reset Deadlines: New York City Department of Education answer due 9/4/2025. Amended Pleadings due by 8/4/2025. Responses due by 10/6/2025 Replies due by 10/13/2025. (mml) (Entered: 07/29/2025) |
| 07/28/2025 | | Minute Entry for proceedings held before Judge Lewis J. Liman: Initial Pretrial Conference held on 7/28/2025. Pro Se Plaintiff Mark J. Sullivan present. Lauren |

| | | |
|---|---|---|
| | | Howland present for Defendant, New York City Department of Education. Court reporter present. See Order issued by the Court. (mf) (Entered: 07/30/2025) |
| 07/30/2025 | | MAILING RECEIPT: Document No: 39. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (kma) (Entered: 07/30/2025) |
| 08/04/2025 | 40 | SUPPLEMENTAL COMPLAINT UNDER FED. R. CIV. P. 15(d). Document filed by Mark J. Sullivan.(tg) (Entered: 08/05/2025) |
| 08/04/2025 | 41 | NOTICE AND REQUEST FOR RE−SERVICE OF DEFENDANT BINONG XU. Document filed by Mark J. Sullivan. (tg) (Entered: 08/05/2025) |
| 08/04/2025 | 42 | PROPOSED INTERIM ORDER FOR CLINICAL ASSESSMENT AND PHASED THERAPEUTIC REUNIFICATION. Document filed by Mark J. Sullivan. (tg) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2025) |
| 08/06/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 42 Proposed Order was reviewed and approved as to form. (km)** (Entered: 08/06/2025) |
| 08/06/2025 | 43 | ORDER OF SERVICE: The Court directed service on Xu through the U.S. Marshalls on April 16, 2025. See Dkt. No. 23. The Marshalls attempted service but were unable to execute service as the address provided by Plaintiff appears to be incorrect. No new or updated address has been provided. Plaintiff has now filed a Supplemental Complaint, see Dkt. No. 40. To allow Plaintiff to effect service on Defendant Xu through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM−285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant of the summons and a copy of the Supplemental Complaint at Dkt. No. 40, at the following address: Binong Xu 42 Chestnut Tree Hill Road Oxford, CT 06478 If the Supplemental Complaint is not served within 90 days after the date the summons isissued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). SO ORDERED. (Signed by Judge Lewis J. Liman on 8/6/2025) (ks) Transmission to Pro Se Assistants for processing. (Entered: 08/06/2025) |
| 08/08/2025 | 44 | SUMMONS ISSUED as to Binong Xu. (nb) (Entered: 08/08/2025) |
| 08/08/2025 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 8/8/2025 Re: Judge Lewis J. Liman 43 Order of Service. The following document(s) were enclosed in the Service Package: Supplemental Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)Binong Xu. (nb) (Entered: 08/08/2025) |
| 08/08/2025 | | MAILING RECEIPT: Document No: 43. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (nb) (Entered: 08/08/2025) |
| 08/11/2025 | 45 | AMENDED ORDER OF SERVICE: The Court directed service on Xu through the U.S. Marshalls on April 16, 2025. See Dkt. No. 23. The Marshalls attempted service but were unable to execute service as the address provided by Plaintiff appears to be incorrect. Plaintiff has now filed a Supplemental Complaint, see Dkt. No. 40, and notice suggesting a different address, Dkt. No. 41. To allow Plaintiff to effect service on Defendant Xu through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM−285 form") for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant of the summons and a copy of the Supplemental Complaint at Dkt. No. 40, at the following address: Binong Xu 256 Chestnut Tree Hill Rd. Oxford, CT 06478 If the Supplemental Complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). SERVICE ADDRESS FOR DEFENDANT Binong Xu 256 Chestnut Tree Hill Rd. Oxford, CT 06478 SO ORDERED. (Signed by Judge Lewis J. Liman on 8/11/2025) (ar) Transmission to Pro Se Assistants for processing. (Entered: 08/11/2025) |

| | | |
|---|---|---|
| 08/13/2025 | 46 | LETTER addressed to Judge Lewis J. Liman from Lauren Howland dated 8/13/25 re: ECF Nos. 40−42. Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 08/13/2025) |
| 08/13/2025 | 47 | AMENDED SUMMONS ISSUED as to Binong Xu. (nb) (Entered: 08/13/2025) |
| 08/13/2025 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 8/13/2025 Re: Judge Lewis J. Liman 45 Order of Service. The following document(s) were enclosed in the Service Package: Supplemental Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)Binong Xu. (nb) (Entered: 08/13/2025) |
| 08/13/2025 | | MAILING RECEIPT: Document No: 45. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (nb) (Entered: 08/13/2025) |
| 08/14/2025 | 48 | SECOND LETTER MOTION for Extension of Time to File Answer *on Consent of Plaintiff* addressed to Judge Lewis J. Liman from Lauren Howland dated 8/14/25. Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 08/14/2025) |
| 08/15/2025 | 49 | ORDER granting 48 Letter Motion for Extension of Time to Answer All Defendants (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 08/15/2025) |
| 08/18/2025 | | MAILING RECEIPT: Document No: 49. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (anc) (Entered: 08/18/2025) |
| 08/19/2025 | 50 | LETTER addressed to Judge Lewis J. Liman from Mark J. Sullivan dated 8/18/2025 re: Notice Regarding Police Contact and Clarification of Defendant Service − Ms. Xu. Document filed by Mark J. Sullivan. (jjc) (Entered: 08/20/2025) |
| 08/19/2025 | 51 | LETTER addressed to Judge Lewis J. Liman from Mark J. Sullivan dated 8/18/2025 re: I respectfully submit this letter to clarify the purpose of the Supplemental Complaint I filed on August 4, 2025 (Dkt. 1:24−cv−03251 (LJL)). Document filed by Mark J. Sullivan. (jjc) (Entered: 08/20/2025) |
| 08/27/2025 | 52 | ORDER: Accordingly, Plaintiff is ordered to resubmit any and all exhibits to his Amended and Supplemental Complaints to Pro Se Docketing by September 15, 2025, in the format consistent with the instructions on the Pro Se Docketing web page: https://nysd.uscourts.gov/prose. Defendants' time to move or respond to Plaintiff's Amended and Supplemental Complaints, with corresponding exhibits, is accordingly extended from September 18, 2025, to September 25, 2025. SO ORDERED. (Signed by Judge Lewis J. Liman on 8/27/2025) New York City Department of Education answer due 9/25/2025; Binong Xu answer due 9/25/2025; Lester W. Young, Jr answer due 9/25/2025.( Motions due by 9/25/2025.) (ks) (Entered: 08/27/2025) |
| 08/28/2025 | | MAILING RECEIPT: Document No: 52. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (lab) (Entered: 08/28/2025) |
| 09/15/2025 | 53 | LETTER addressed to Judge Lewis J. Liman from Mark J. Sullivan dated 9/5/2025 re: Please accept the enclosed corrected exhibits in support of my recent filing. Document filed by Mark J. Sullivan. (sac) (Entered: 09/15/2025) |
| 09/15/2025 | 54 | LETTER addressed to Judge Lewis J. Liman from Mark J. Sullivan dated 9/5/2025 re: Please accept the enclosed corrected exhibits in support of my recent filing in the above−captioned case. Document filed by Mark J. Sullivan. (Attachments: # 1 Exhibit Ex 1 to letter, # 2 Exhibit Ex 2 to letter, # 3 Exhibit Ex 3 to letter, # 4 Exhibit Ex 4 to letter, # 5 Exhibit Ex 5 to letter, # 6 Exhibit Ex 6 to letter, # 7 Exhibit Ex 7 to letter, # 8 Exhibit Ex 8 to letter, # 9 Exhibit Ex 9 to letter, # 10 Exhibit Ex 10 to letter, # 11 Exhibit Ex 11 to letter, # 12 Exhibit Ex 12 to letter).(jjc) (Entered: 09/15/2025) |
| 09/18/2025 | 55 | SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR EQUITABLE RELIEF. Document filed by Mark J. Sullivan. (tg) (Entered: 09/19/2025) |
| 09/23/2025 | 56 | ***SELECTED PARTIES*** SECOND SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR EQUITABLE RELIEF. Document filed by Mark J. Sullivan. (rro) (Entered: 09/23/2025) |
| 09/23/2025 | 57 | NOTICE OF APPEARANCE by Michael Schaper on behalf of Binong Xu..(Schaper, Michael) (Entered: 09/23/2025) |

| | | |
|---|---|---|
| 09/23/2025 | 58 | LETTER MOTION for Extension of Time to File Answer *to the Amended and Supplemental Complaints, filed by Defendants Binong Xu and New York City Department of Education* addressed to Judge Lewis J. Liman from Michael Schaper and Lauren Howland dated September 23, 2025. Document filed by Binong Xu..(Schaper, Michael) (Entered: 09/23/2025) |
| 09/24/2025 | 59 | ORDER granting 58 Letter Motion for Extension of Time to Answer. SO ORDERED. (Signed by Judge Lewis J. Liman on 9/24/2025) New York City Department of Education answer due 10/9/2025; Binong Xu answer due 10/9/2025 (ks) (Entered: 09/24/2025) |
| 09/25/2025 | | MAILING RECEIPT: Document No: 59. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (anc) (Entered: 09/25/2025) |
| 09/30/2025 | 60 | LETTER addressed to Judge Lewis J. Liman from Mark J. Sullivan dated September 29, 2025 re: Related federal litigation now pending before the U.S. Court of Appeals. Document filed by Mark J. Sullivan. (ar) (Entered: 09/30/2025) |
| 10/09/2025 | 61 | MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*. Document filed by David C. Banks, New York City Department of Education..(Howland, Lauren) (Entered: 10/09/2025) |
| 10/09/2025 | 62 | MEMORANDUM OF LAW in Support re: 61 MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*. . Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 10/09/2025) |
| 10/09/2025 | 63 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Lauren Howland dated 10/9/25. Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 10/09/2025) |
| 10/09/2025 | 64 | ***SELECTED PARTIES***DECLARATION of Lauren Howland in Support re: 61 MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*.. Document filed by New York City Department of Education, Mark J. Sullivan, Binong Xu. (Attachments: # 1 Exhibit Custody Order, # 2 Exhibit School Order)Motion or Order to File Under Seal: 63 .(Howland, Lauren) (Entered: 10/09/2025) |
| 10/09/2025 | 65 | DECLARATION of Lauren Howland in Support re: 61 MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*.. Document filed by New York City Department of Education. (Attachments: # 1 Exhibit Custody Order, # 2 Exhibit School Order).(Howland, Lauren) (Entered: 10/09/2025) |
| 10/09/2025 | 66 | LETTER MOTION to Seal addressed to Judge Lewis J. Liman from Michael Schaper dated October 9, 2025. Document filed by Binong Xu..(Schaper, Michael) (Entered: 10/09/2025) |
| 10/09/2025 | 67 | MOTION to Dismiss */ Notice of Motion to Dismiss*. Document filed by Binong Xu..(Schaper, Michael) (Entered: 10/09/2025) |
| 10/09/2025 | 68 | MEMORANDUM OF LAW in Support re: 67 MOTION to Dismiss */ Notice of Motion to Dismiss*. . Document filed by Binong Xu..(Schaper, Michael) (Entered: 10/09/2025) |
| 10/09/2025 | 69 | DECLARATION of Michael Schaper in Support re: 67 MOTION to Dismiss */ Notice of Motion to Dismiss*.. Document filed by Binong Xu. (Attachments: # 1 Exhibit A − 2010 Order of Sole Legal Custody and Visitation, # 2 Exhibit B − 2006 Order of Protection, # 3 Exhibit C − 2010 Court Order and Factual Findings, # 4 Exhibit D − 2015 Order of Protection, # 5 Exhibit E − 2015 Order of Protection, # 6 Exhibit F − 2016 Order of Protection, # 7 Exhibit G − 2016 Order of Protection, # 8 Exhibit H − 2016 Order of Custody and Visitation, # 9 Exhibit I − 2012 Order of Protection, School and Pediatrician, # 10 Exhibit J − 2014 Order of Protection, Educational Records).(Schaper, Michael) (Entered: 10/09/2025) |
| 10/09/2025 | 70 | ***SELECTED PARTIES***DECLARATION of Michael Schaper in Support re: 67 MOTION to Dismiss */ Notice of Motion to Dismiss*.. Document filed by Binong Xu, New York City Department of Education, Mark J. Sullivan. (Attachments: # 1 Exhibit A − 2010 Order of Sole Legal Custody and Visitation, # 2 Exhibit B − 2006 Order of Protection, # 3 Exhibit C − 2010 Court Order and Factual Findings, # 4 Exhibit D − 2015 Order of Protection, # 5 Exhibit E − 2015 Order of Protection, # 6 Exhibit F − 2016 Order of Protection, # 7 Exhibit G − 2016 Order of Protection, # 8 Exhibit H − |

| | | |
|---|---|---|
| | | 2016 Order of Custody and Visitation, # 9 Exhibit I − 2012 Order of Protection, School and Pediatrician, # 10 Exhibit J − 2014 Order of Protection, Educational Records)Motion or Order to File Under Seal: 66 .(Schaper, Michael) (Entered: 10/10/2025) |
| 10/29/2025 | 71 | PLAINTIFF'S NOTICE OF COMPLEXITY AND RENEWED REQUEST FOR APPOINTMENT OF COUNSEL. Document filed by Mark J. Sullivan. (vfr) (Entered: 10/29/2025) |
| 10/29/2025 | 72 | Letter Motion for Extension of Time to Respond to Motion to Dismiss. Document filed by Mark J. Sullivan. (ar) (Entered: 10/29/2025) |
| 10/30/2025 | 73 | ORDER granting 72 Motion for Extension of Time. Plaintiff' s motion for an extension to respond to the pending motions to dismiss at Dkt. Nos. 61 and 67 is granted. Plaintiff shall respond to the motions to dismiss no later than November 30, 2025. Plaintiff's request that the Court request the appointment of pro bono counsel is denied. Plaintiff has not shown that his claims are "likely to be of substance." Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986). The Clerk of Court is respectfully directed to close the motion at Dkt. No. 72. SO ORDERED.. (Signed by Judge Lewis J. Liman on 10/30/2025) (ks) (Entered: 10/30/2025) |
| 10/31/2025 | | MAILING RECEIPT: Document No: 73. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (ml) (Entered: 10/31/2025) |
| 11/19/2025 | 74 | MEMORANDUM OF LAW in Opposition re: 67 MOTION to Dismiss */ Notice of Motion to Dismiss*., 61 MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*. Document filed by Mark J. Sullivan. (tp) (Entered: 11/24/2025) |
| 12/01/2025 | 75 | LETTER MOTION for Extension of Time to File Response/Reply */ Letter Motion for Extension of Time, filed on behalf of Binong Xu and New York City Department of Education* addressed to Judge Lewis J. Liman from Michael Schaper and Lauren Howland dated December 1, 2025. Document filed by Binong Xu..(Schaper, Michael) (Entered: 12/01/2025) |
| 12/02/2025 | 76 | ORDER granting 75 Letter Motion for Extension of Time to File Response/Reply re 75 LETTER MOTION for Extension of Time to File Response/Reply */ Letter Motion for Extension of Time, filed on behalf of Binong Xu and New York City Department of Education* addressed to Judge Lewis J. Liman from Michael Schaper and Lauren Howl, 61 MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*., 67 MOTION to Dismiss */ Notice of Motion to Dismiss*. Replies due by 12/19/2025. (HEREBY ORDERED by Judge Lewis J. Liman)(Text Only Order) (Liman, Lewis) (Entered: 12/02/2025) |
| 12/03/2025 | | MAILING RECEIPT: Document No: 76. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (nb) (Entered: 12/03/2025) |
| 12/19/2025 | 77 | FIRST LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis J. Liman from Lauren Howland dated 12/19/25. Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 12/19/2025) |
| 12/19/2025 | 78 | REPLY MEMORANDUM OF LAW in Support re: 67 MOTION to Dismiss */ Notice of Motion to Dismiss*. . Document filed by Binong Xu..(Schaper, Michael) (Entered: 12/19/2025) |
| 12/19/2025 | 79 | REPLY MEMORANDUM OF LAW in Support re: 61 MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*. . Document filed by New York City Department of Education..(Howland, Lauren) (Entered: 12/19/2025) |
| 12/23/2025 | 80 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Binong Xu served on 12/19/2025, answer due 2/17/2026. Service was made by Email. Document filed by Mark J. Sullivan..(rro) (Entered: 12/29/2025) |
| 01/02/2026 | 81 | NOTICE OF SUPPLEMENTAL PSYCHOLOGICAL AND DEVELOPMENTAL CONTEXT. Document filed by Mark J. Sullivan..(ks) (Entered: 01/07/2026) |
| 08/07/2026 | 82 | OPINION AND ORDER re: 67 MOTION to Dismiss */ Notice of Motion to Dismiss*. filed by Binong Xu, 61 MOTION to Dismiss *Pursuant to Rules 12(b)(1) and 12(b)(6)*. filed by David C. Banks, New York City Department of Education, 77 FIRST |

| | | |
|---|---|---|
| | | LETTER MOTION for Leave to File Excess Pages addressed to Judge Lewis J. Liman from Lauren Howland dated 12/19/25. filed by New York City Department of Education. Defendants' motions to dismiss are GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice to refiling. Plaintiff's claim for intentional infliction of emotional distress against Xu is dismissed without prejudice to refiling in state court. Plaintiff is advised that, under 28 U.S.C. § 1367(d), the period of limitations for such claim was tolled while the claim was pending in this Court and will be tolled for a period of 30 days thereafter (unless the applicable state law provides for a longer tolling period). Xu's motion to enjoin Plaintiff from filing further lawsuits in this District absent leave from a judge of this District is DENIED. The Clerk of Court is respectfully directed to close Dkt. Nos. 61, 67, and 77, and to close this case. SO ORDERED. (Signed by Judge Lewis J. Liman on 8/7/2026) (ks) (Entered: 08/07/2026) |
| 08/07/2026 | | Transmission to Orders and Judgments Clerk. Transmitted re: 82 Memorandum & Opinion,,,,,, to the Orders and Judgments Clerk..(ks) (Entered: 08/07/2026) |
| 08/07/2026 | 83 | MEMORANDUM AND ORDER granting in part and denying in part 63 Motion to Seal; granting in part and denying in part 66 Motion to Seal. Defendants' motions to seal are GRANTED IN PART and DENIED IN PART. Defendants are directed to publicly file the exhibits at Dkt. Nos. 64 and 70 with redactions consistent with this Order by August 11, 2026. The Clerk of Court is respectfully directed to close Dkt. Nos. 63 and 66. SO ORDERED.. (Signed by Judge Lewis J. Liman on 8/7/2026) (ks) (Entered: 08/07/2026) |
| 08/10/2026 | | MAILING RECEIPT: Document No: 82−83. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (nb) (Entered: 08/10/2026) |
| 08/10/2026 | 84 | NOTICE of / Exhibits: Exhibit A − 2010 Order of Sole Legal Custody and Visitation (Redacted) re: 83 Order on Motion to Seal,,,,,. Document filed by Binong Xu. (Attachments: # 1 Exhibit B − 2006 Order of Protection (Redacted), # 2 Exhibit D − 2015 Order of Protection (Redacted), # 3 Exhibit E − 2015 Order of Protection (Redacted), # 4 Exhibit F − 2016 Order of Protection (Redacted), # 5 Exhibit G − 2016 Order of Protection (Redacted), # 6 Exhibit H − 2016 Order of Custody and Visitation (Redacted), # 7 Exhibit I − 2012 Order of Protection, School and Pediatrician, # 8 Exhibit J − 2014 Order of Protection, Educational Records (Redacted)).(Schaper, Michael) (Entered: 08/10/2026) |
| 08/11/2026 | 85 | NOTICE of Exhibits. Document filed by David C. Banks, New York City Department of Education. (Attachments: # 1 Exhibit ECF No. 64−1 Custody Order, # 2 Exhibit ECF No. 64−2 School order).(Howland, Lauren) (Entered: 08/11/2026) |
| 08/13/2026 | 86 | CLERK'S JUDGMENT re: 82 Opinion & Order. in favor of New York City Department of Education, Binong Xu against Mark J. Sullivan. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated August 7, 2026, Defendants' motions to dismiss are GRANTED. Plaintiff's Amended Complaint is dismissed with prejudice to refiling; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 8/13/2026) (Attachments: # 1 Notice of right to appeal) (nd) (Entered: 08/13/2026) |
| 08/14/2026 | | MAILING RECEIPT: Document No: 86. Mailed to: Mark J. Sullivan 1053 64th Street C4 Brooklyn, NY 11219. (nb) (Entered: 08/14/2026) |
| 09/08/2026 | 87 | NOTICE OF APPEAL from 86 Clerk's Judgment 82 Memorandum & Opinion. Document filed by Mark J. Sullivan. Form D−P is due within 14 days to the Court of Appeals, Second Circuit.(km) (Entered: 09/08/2026) |
| 09/08/2026 | | Appeal Fee Due: for 87 Notice of Appeal. Appeal fee due by 9/22/2026. IFP denied on 11/8/2024.(km) (Entered: 09/08/2026) |
| 09/08/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 87 Notice of Appeal.(km) (Entered: 09/08/2026) |
| 09/08/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 87 Notice of Appeal filed by Mark J. Sullivan were transmitted to the U.S. Court of Appeals. (km) (Entered: 09/08/2026) |